GOLDSMITH & HULL, P.C. /Our File No. CDCS583
William I. Goldsmith, SBN (82183)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
FAX: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV11-01252 RSWL (SSx) |
| Plaintiff, | CONSENT JUDGMENT |
| vs. | |
| ASTRIDE A. HOWELL AKA ASTRIDE HOWELL | Judge: Ronald S.W. Lew |
| Defendant(s). | |

Plaintiff, United States of America, having filed its Complaint herein and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

    i.    This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

    ii.    The defendant hereby acknowledges and accepts service of the Complaint filed herein. Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

    iii.    The defendant hereby agrees to the entry of Judgment in the principal amount of: **$55,025.00**

      b.   **Interest**

          (1)   Accrued interest through February 9, 2012 in the sum of **$16,757.20**

          (2)   Interest accrued thereon at 5.5% per annum accruing until entry of judgment

      c.   Attorneys' Fees of **$3,801.00,** and

      d.   Costs of **$422.50**.

      e.   Less credits of **$  0.00**

      f.   For a total amount of **$76,005.70**

   g.   Defendant will make payments to plaintiff in the amount of **Three Hundred Dollars ($300 USD)** per month, beginning **, April 15, 2012,** until the debt is paid in full.

   h.   All payments due under this Consent Judgment are payable to the U.S. Department of Justice. All payments shall be sent to: U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363. The defendant's **CDCS number: 2011A24756** shall be on the front of each check or money order. <u>If requested, a copy of each payment shall be delivered by mail or by facsimile to plaintiff's lawyers, GOLDSMITH & HULL, A P.C.</u>

   i.   The payment of $ **300** per month may be reevaluated and modified, as necessary, to take into account the changed economic circumstances of defendant, but no earlier than one (1) year from the date of this Agreement, and thereafter, no more than one time per calendar year.

   j.   For purposes of evaluation and possible modification, if requested by plaintiff, the defendant will provide plaintiff with a copy of his/her Federal Income Tax return, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of his/her last two earning statements.

   k.   Under no circumstances, will the monthly payment hereunder be lower than $300 per month.

l.    Should defendant become thirty (30) days or more delinquent in making any payment in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the California Code of Civil Procedure.

m.    Lien(s) may be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of this transaction.

n.    When the amount of the consent judgment is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant with a Release of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorder.

o.    This consent judgment will accrue interest at the legal rate under the Higher Education Act from the date of entry until paid in full.

Dated: April 10, 2012

/S/ Astride Howell
ASTRIDE A. HOWELL AKA ASTRIDE HOWELL

9107 Wilshire Blvd., Suite 450
Beverly Hills CA 90210
(310) 461-1917

Date: April 10, 2012        /S/ William I. Goldsmith
William I. Goldsmith
Goldsmith & Hull, APC
Attorneys for Plaintiff

IT IS SO ORDERED

Date: April 13, 2012        /s/ RONALD S.W., LEW
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge